# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELISSA ELMORE,<br><br>*Plaintiff*,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>*Defendant*. | **CIVIL ACTION**<br><br>Case No. 1:24-cv-13037-FDS<br>Hon. F. Dennis Saylor IV |

## ORDER

On this 9th day of April, 2025, having considered the Joint Motion for Protective Order, the Court hereby **ADOPTS** the Stipulated Protective Order from MDL No. 2326 (as amended herein, See Exhibit A) and **ORDERS** the Parties to comply therewith.

/s/ F. Dennis Saylor IV
Honorable F. Dennis Saylor IV